Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−10476−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey A. Saurman
   103 E Maiden Ln
   Somerdale, NJ 08083−1419

Social Security No.:
   xxx−xx−6225

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 27, 2018
JAN: bc

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-10476-ABA
Jeffrey A. Saurman                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Sep 27, 2018
                             Form ID: 148             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db              Jeffrey A. Saurman,    103 E Maiden Ln,    Somerdale, NJ  08083-1419
cr             +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515268792      +Phelan Hallinan & Diamond PC,    400 Fellowship Rd, Ste 100,    Mt Laurel, NJ 08054-3437
516508541      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516508542      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515268790      +EDI: WFFC.COM Sep 28 2018 03:33:00     Americas Servicing Co,    Po Box 10328,
                 Des Moines, IA 50306-0328
515497368      +EDI: WFFC.COM Sep 28 2018 03:33:00     Deutsche Bank National Trust Co,
                 c/o America's Servicing Company,    Attn: Bank Dept MAC #D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
515268791      +EDI: IIC9.COM Sep 28 2018 03:33:00     I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
                                                                                             TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Phelan Hallinan & Diamond PC,   400 Fellowship Rd.,   Suite 100,    Mt Laurel, NJ 08054-3437
lm*            +Americas Servicing Company,   P.O. Box 10328,   Des Moines, IA 50306-0328
cr*            +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515497369*     +Deutsche Bank National Trust Co,   c/o America's Servicing Company,
                 Attn: Bank Dept MAC #D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                 TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                          Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Loss Mitigation     Americas Servicing Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS
               CAPITAL I INC. TRUST 2006-NC4, MORTGAGE PASS-THROUGH CER nj.bkecf@fedphe.com
              Brad J. Spiller    on behalf of Debtor Jeffrey A. Saurman bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series
               2006-NC4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS
               CAPITAL I INC. TRUST 2006-NC4, MORTGAGE PASS-THROUGH CER nj.bkecf@fedphe.com
                                                                                             TOTAL: 7